| | | | |
|---|---|---|---|
| In re E.S.; Appeal of E.S. | 6 MDA 2016<br>Affirmed | 11/15/2016 | 199–15MH<br>(Berks) |
| Com. v. Holloway | 63 MDA 2016<br>Affirmed | 11/15/2016 | CP–22–CR–0005408–2014<br>(Dauphin) |
| In the Interest of: T.B. | 348 MDA 2016<br>Affirmed | 11/15/2016 | CP–54–JV–0001904–2004<br>CP–54–JV–0001944–2004<br>(Schuylkill) |
| Com. v. Probst | 566 MDA 2016<br>Affirmed | 11/15/2016 | CP–41–CR–0001472–2009<br>(Lycoming) |
| Com. v. Childress | 571 MDA 2016<br>Affirmed | 11/15/2016 | CP–66–CR–0000004–2012<br>(Wyoming) |
| Com. v. Dunkel | 918 WDA 2015<br>Affirmed | 11/15/2016 | CP–10–CR–0001098–2013<br>(Butler) |
| Dollar Bank v. Hawkins | 1064 WDA 2015<br>Affirmed | 11/15/2016 | GD–09–6271<br>(Allegheny) |
| In re Estate of Irwin; Appeal of Rothberger | 1125 WDA 2015<br>Affirmed and<br>Remanded | 11/15/2016 | 2003 of 2013<br>(Allegheny) |
| Carmen v. Carmen | 1236 WDA 2015<br>Vacated | 11/15/2016 | FD 08–7066–004<br>(Allegheny) |
| Com. v. Howard | 1589 WDA 2015<br>Affirmed | 11/15/2016 | CP–02–CR–0001612–2014<br>(Allegheny) |
| Hooker v. Wagner | 1720 WDA 2015<br>Quashed | 11/15/2016 | 5606 OF 2008<br>(Westmoreland) |
| Russell v. Russell | 1778 WDA 2015<br>Affirmed | 11/15/2016 | No. 2006–6151<br>(Washington) |
| Com. v. Hartleb | 1823 WDA 2015<br>Remanded<br>Jurisdiction<br>Retained | 11/15/2016 | CP–25–CR–0000856–2013<br>CP–25–CR–0001217–2013<br>(Erie) |
| Robertson v. Balfe | 242 WDA 2016<br>Affirmed | 11/15/2016 | AR–14–004923<br>(Allegheny) |
| Enterprise Rent–A–Car v. Koger | 301 WDA 2016<br>Affirmed | 11/15/2016 | AR–14–003216<br>(Allegheny) |
| Com. v. Iverson | 338 WDA 2016<br>Vacated and<br>Remanded | 11/15/2016 | CP–62–CR–0000194–2007<br>(Warren) |
| In re Adoption of K.D.; Appeal of S.D. | 642 WDA 2016<br>Affirmed | 11/15/2016 | CP–02–AP–0000151–2015<br>(Allegheny) |
| In re W.H.; Appeal of T.D. | 779 WDA 2016<br>Affirmed | 11/15/2016 | CP–02–AP–0000202–2015<br>(Allegheny) |